```
                              UNITED STATES DISTRICT COURT
                              SOUTHERN DISTRICT OF FLORIDA

                              CASE NO.  05-61798-CIV-DIMITROULEAS
                              MAGISTRATE P. A. WHITE

DARYL LENARD GERMAN,          :

        Plaintiff,            :

v.                            :        REPORT OF
                                       MAGISTRATE JUDGE
BROWD COUNTY SHERIFF'S
OFFICE, et al.,               :

        Defendants.           :
_____
```

The Defendant, Lance Kim DO, has filed a motion to dismiss plaintiff's amended complaint, with a supporting affidavit. (DE#139) Because the defendant included an affidavit with his motion to dismiss, the motion was converted to a motion for summary judgment pursuant to Fed.R. Civ.P. 56, and the plaintiff was instructed that if he were to respond to the motion for summary judgment, the response was due on or before March 1, 2008. The plaintiff has filed no response.

The plaintiff, Daryl Lenard German, filed an initial complaint on November 22, 2005, alleging that the defendants denied him medical treatment in violation of his Eighth Amendment Rights. (DE#1). On May 9, 2006, he filed an amended complaint which is the operative complaint in this case, naming multiple defendants. In an Order dated May 31, 2006, the Court dismissed claims against all defendants with the exception of Wackenhut-Geo, Nurse Askew, Dr. Schocoff and Dr Kim. (DE#31) The Court then adopted the Report of the Undersigned Magistrate and granted summary judgment to Nurse Askew. (DE#73)

Three defendants then remained in the case, Wackenhut-Geo, Dr.

Schocoff and Dr. Kim. Service was effected upon Wackenhut-Geo, and an Answer was filed, and a motion for summary judgment. The plaintiff was unable to provide the Court with a current address for Dr. Schocoff and Dr. Kim. The plaintiff was cautioned in an Order dated February 27, 2007, that the plaintiff was to provide a current address for the two defendants on or before March 25, 2007, or risk dismissal pursuant to FRCP 4(m) for failure to serve. (DE#95) The plaintiff failed to _timely_ submit the addresses for the defendants.

The Undersigned Magistrate Judge recommended that Wackenut-Geo's motion for summary judgment be granted and that Defendants Kim and Schocoff be dismissed for failure to effect proper service within the time required under FRCP 4(m). United States District Judge Dimitrouleas adopted the report and granted summary judgment for Wackenhut-Geo, but declined to adopt the recommendation that Schocoff and Kim be dismissed. (DE#134) The Judge ordered the Marshal to serve the two remaining defendants on an expedited basis with the addresses provided by the plaintiff.

Despite the best efforts of the Marshal, the process receipt and return for Defendant Schocoff MD was returned un-executed. The "remarks" portion of the return indicates that records show that Schocoff has not been at this address since the 90s.

The Marshal served Defendant Lance Kim DO, who has filed a motion to dismiss/ motion for summary judgment (DE#139-1) thru counsel. A summons was issued directed to Lance Y Kim, DO P.A., 1503 SW 1st Ave, Ocala, Florida. The allegations against Dr. Kim, as stated by the plaintiff in his amended complaint were that he was examined in the lobby of the South Miami Hospital, where Dr. Kim gave him a cursory examination, told him he looked ok, and

2

that he did not require any further procedures. The plaintiff stated that Dr. Kim routinely conducted business with the Health Service Adminstrator at the Facility and that Kim's "incorrect diagnosis" was a conspiracy to deny him medical care, and save the hospital money.  He further states that had Dr. Kim conducted an adequate neurological examination his serious medical condition would have been diagnosed. He seeks $875,000 dollars in monetary damges.

Defendant Kim states that he has been incorrectly named in this suit,  and he includes his affidavit. He states that he is a neurologist practicing medicine in Marion County,  Florida and that he has never practiced outside of Marion County. He further states in his affidavit that he has never treated a patient at South Miami Hospital. Dr. Kim further states he has never had privileges at any hospital outside of Marion County and has never had privileges at South Miami Hospital. He further states that he has never treated Daryl Lenard German.

The plaintiff has failed to file any further response in this case. The amended complaint refers to Dr. Kim, with no other further identifying information.

It appears that this defendant is not the proper defendant. The plaintiff has failed to provide the Court with the proper information to obtain service upon the two remaining defendants in this case. It is therefore recommended that this summary judgment be granted (DE#139) and the case be dismissed for failure to obtain service pursuant to Federal Rule Civ.P. 4(m).

Objections to this report may be filed with the District Judge within ten days of receipt of a copy of the report.

Dated this 12th day of March, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

cc:  Daryl Lenard German, <u>Pro Se</u>
    DC #658775
    South Bay Correctional Facility
    PO Box 7171
    South Bay, FL


    Rafael Martinez, Esq.
    McEwan Martinez et al
    Attorneys for Defendant
    Address of Record

4