UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-61798-CIV-DIMITROULEAS

DARYL LENARD GERMAN,

          Magistrate Judge White

    Plaintiff,

vs.

BROWARD COUNTY SHERIFF'S
OFFICE, et al.,

    Defendants,
_____/

## ORDER ADOPTING REPORT OF MAGISTRATE JUDGE AND FINAL ORDER CLOSING CASE

THIS CAUSE is before the Court upon the Report of Magistrate Judge Patrick A. White, dated March 12, 2008 [DE 143].  Despite the fact that no party has objected to the Report, the Court has conducted a _de novo_ review of the entire record herein and is otherwise fully advised in the premises.

On November 22, 2005 Plaintiff, Daryl Lenard German, filed the initial Complaint in this action alleging that the Defendants denied him adequate medical care in violation of the Eighth Amendment [DE 1].  On May 9, 2006 the Plaintiff filed an Amended Complaint [DE 26], which is now the operative Complaint in this matter.  In the Amended Complaint, Plaintiff alleges that he suffered nerve and spinal injuries that required treatment.  He claims that treatment was unnecessarily denied, by doctors at the South Bay Correctional Facility[1] and elsewhere, for nearly three (3) years.  As a result of these injuries, Plaintiff alleges that he suffered almost constant pain and lost normal functioning of his right arm.  The pain continued until September of 2005

---

[1] The South Bay Correctional Facility is operated by a private company, Defendant Wackenhut-Geo.

when Plaintiff underwent spinal surgery that involved <u>inter</u> <u>alia</u>, removal of discs, bone grafting, and installation of a titanium plate.  Plaintiff alleges that he was denied treatment by the Defendants despite the fact that he obtained a recommendation from an outside specialist ordering further tests concerning his injuries.  Plaintiff alleges the Defendants denied him medical treatment because the treatment was too expensive.

In an Order dated June 1, 2007 the Court dismissed the claims against all Defendants to this action with the exception of Defendants Wackenhut-Geo, Nurse Askew, Dr. Schocoff and Dr. Kim [DE 31].  On November 22, 2006, the Court entered an Order adopting the Report of the Magistrate recommending that Defendant Nurse Askew's Motion for Summary Judgment be granted [DE 73].  On October 25, 2007 the Court granted Defendant Wackenhut-Geo's Motion for Summary Judgment [DE 134].

At this point in the case, therefore, the only two remaining Defendants are Dr. Schocoff and Dr. Kim.  The Plaintiff has yet to effect proper service on Defendants Kim and Schocoff.  In the Court's previous Order, it noted that despite the fact that the Plaintiff had repeatedly failed to meet the deadlines given by the Magistrate Judge for providing addresses of the remaining Defendants, because the Plaintiff did eventually provide those addresses the Court granted the Plaintiff one final opportunity to serve the remaining Defendants.

The process receipt for Defendant Schocoff, MD was returned un-executed and the "remarks" portion of the return indicates that Schocoff has not been at this address since the 1990s.  The Marshals served Defendant Lance Kim DO, who filed a Motion to Dismiss indicating that he is the improper defendant in this case.  The Plaintiff has not filed any further response to the Defendant's Motion.  As the Plaintiff has still failed to properly serve the

Defendants at this late stage in the Case, the Magistrate recommends that this case be dismissed for failure to obtain service pursuant to Federal Rule of Civil Procedure 4(m). The Court agrees.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Magistrate Judge's Report dated March 12, 2008 [DE 143] is hereby **ADOPTED**;

2. The claims against the last remaining Defendants, Dr. Schocoff and Dr. Kim. are hereby **DISMISSED** for failure to effect proper service, pursuant to Federal Rule of Civil Procedure 4(m);

3. The clerk shall close this case;

4. All pending motions are denied as moot;

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 3rd day of April, 2008.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Magistrate Judge White

John Joseph Bulfin, Esq.
Gregory A. Kummerlen, Esq.

Darly Lenard German,
DC. # 658775
South Bay Correctional Facility
P.O. Box 7171
South Bay, FL 33493

3